Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

~~FILED~~
CHARLOTTE, NC

SEP 16 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Case No.    3:22-cv-484-RJC
*(to be filled in by the Clerk's Office)*

**Alvin Marvin Meade**
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☑Yes ☐No

**Amazon and Elizabeth Hunt**
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alvin Marvin Meade |
| Street Address | 6380 Pleasant Grove Church Road |
| City and County | Kannapolis - Cabarrus County |
| State and Zip Code | North Carolina 28081 |
| Telephone Number | 917-557-2453 |
| E-mail Address | imjustadread@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name     Amazon

Job or Title *(if known)*     N/A

Street Address     8000 Tuckaseegee Road

City and County     Charlotte - Mecklenburg County

State and Zip Code     North Carolina - 28214

Telephone Number     1-888-280-3321

E-mail Address *(if known)*     N/A

Defendant No. 2

Name     Elizabeth Hunt

Job or Title *(if known)*     Cleaner

Street Address     8000 Tuckaseegee Road

City and County     Charlotte - Mecklenburg county

State and Zip Code     North Carolina 28214

Telephone Number     1-888-280-3321

E-mail Address *(if known)*     N/A

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Amazon |
| Street Address | 8000 Tuckaseegee Rd. |
| City and County | Charlotte - Mecklenburg county |
| State and Zip Code | North Carolina - 28214 |
| Telephone Number | 1-888-280-3321 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

**Termination December, 2021     Tried to transfer - September 2021**

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☑ national origin **I'm Trinidadian and I was called a "gay bashing Jamacain" &**
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)* **"crybaby"**
- ☐ disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

**In early 2019, I was wrongfully accused of writing a gay bashing note to a fellow coworker at Amazon. Security footage proved to my supervisors that I DID NOT write the note, but by that time, said coworker was telling everyone that I was a gay bashing Jamacain. My national origin is Trinidadian.** →

Case 3:22-cv-00484-RJC-DSC Document 1 Filed 09/16/22 Page 4 of 7

At that time I requested a transfer to another location and had made this request three seperate times. I was denied transfer all three times requested. The last time I had requested the transfer I wrote a letter to Human Resources explaining how I was being bullied and harrassed and denied transfer. Human Resource told me that my reasons for requesting transfer was invalid. During this time, my time at work became unbearable to deal with as the coworker continued to harrass and bully me. The coworker at this time came into my work area and refused to leave. She then bumped intentionally into my shoulder. I chest-bumped her to get her away from me. I was so upset and left work at this time. She took an assault charge warrant out on me. I was terminated a week later, wrongfully. I spoke with the Equal Employment Opportunity Commission and told them my story. They sent me a "Right to Sue" letter dated on June 29, 2022. During this time I had moved residences and my letter was lost. I am still in the 90 days that it says to fill this form out. I was told this is the next step.

Case 3:22-cv-00484-RJC-DSC     Document 1     Filed 09/16/22     Page 5 of 7

EEOC charge # 430202200503

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

January 2022

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* June 29, 2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FOR pain and suffering, They made me feel like I was in high school. High school was not a good time for me. It took my mental state to a level that I called the suicide hotline, for help and support. I was dealing with no income from the loss of work and it caused me to move residences. FOR these hardships I feel I should be rightfully owed and given $147,000.∞

Page 5 of 6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9.15.2022

Signature of Plaintiff

Printed Name of Plaintiff    Alvin Marvin Meade

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____